IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MICHELLE KAFFKO, )<br>individually and on behalf of a class of similarly )<br>situated individuals, )<br>)<br>              *Plaintiff*, )<br>)<br>              v. )<br>)<br>TECHNOLOGIC, INC. d/b/a R2J2 STUDIOS, )<br>an Ohio corporation, and I.T. DOESN'T )<br>WORK LLC, a Nevada limited liability company, )<br>)<br>)<br>             *Defendants*. ) | No.  1:13-cv-05342<br><br>Hon. Amy J. St. Eve |

**PLAINTIFF'S NOTICE OF DISMISSAL OF ACTION
PURSUANT TO FED. R. CIV. P. 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Michelle Kaffko hereby voluntarily dismisses this action without prejudice.

On November 25, 2013, Plaintiff filed a First Amended Class Action Complaint against Defendants Technologic, Inc. and I.T. Doesn't Work LLC. (Dkt. 13.) On March 27, 2014, Plaintiff voluntarily dismissed Defendant I.T. Doesn't Work LLC from this action. (Dkt. 18.)

Pursuant to Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action by filing a notice of dismissal before the defendant serves either an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant Technologic, Inc. has neither answered the First Amended Class Action Complaint nor served a motion for summary judgment. Dismissal of this action under Rule 41(a)(1)(A)(i), in its entirety and without prejudice, is therefore appropriate.

|  |  |
|---|---|
| Dated: April 7, 2014 | Respectfully submitted, |
|  | MICHELLE KAFFKO, individually and on behalf of a class of similarly situated individuals |
|  | By: /s/ Evan M. Meyers<br>       One of Her Attorneys |

Evan M. Meyers
McGUIRE LAW, P.C.
161 N. Clark St., 47th Fl.
Chicago, IL 60601
Tel: (312) 216-5179
Fax: (312) 275-7895
emeyers@mcgpc.com

2

3

**CERTIFICATE OF SERVICE**

      I hereby certify that, on April 7, 2014, I caused the foregoing *Plaintiff's Notice of Dismissal of Action Pursuant to Fed. R. Civ. P. 41(a)(1)* to be electronically filed with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

                              /s/ Evan M. Meyers